## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Antwon Walls

                    Plaintiff,

v.

                                              Case No.: 1:25–cv–13272
                                                Honorable Martha M. Pacold

Finmax Smart Capital LLC

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 20, 2026:

      MINUTE entry before the Honorable Martha M. Pacold: Plaintiff's Motion to Act on Pending Application for Forma Pauperis [10] is granted, to the extent that the court denies without prejudice to renewal plaintiff's motion to proceed In Forma Pauperis, [4]. Plaintiff's IFP application appears to be either inaccurate or incomplete, and thus does not enable the court to determine whether plaintiff lacks the means to pay the filing fee. Courts rely on litigants to provide complete and honest information about their finances, and judges cannot merely rubber–stamp IFP applications that appear to contain incomplete, inaccurate, or inconsistent information. See Campbell v. Clarke, 481 F.3d 967, 970 (7th Cir. 2007). For example, plaintiff states that he has no money in cash or in a checking or savings account, despite having an income. As the IFP application form states, a false statement may result in dismissal. See 28 U.S.C. § 1915(e)(2)(A). If plaintiff chooses to proceed with this case, he must by 3/19/26 file a properly supported amended in forma pauperis application or pay the requisite filing fee. The failure to do so will result in dismissal for failure to prosecute or for the failure to comply with court orders. Fed. R. Civ. P. 41(b). [4] at 2. Plaintiff's Motion to restrict access to Document #4, [6], is denied as moot. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.