

FILED

3/17/2026

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

VW

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

Antwon Walls                                    )
                                                )
v.                                              )          Case Number: 25-cv-13272
                                                )
Compass Recovery Group LLC                      )

### STATUS NOTICE REGARDING PENDING MOTION TO PROCEED INF ORMA PAUPERIS

Plaintiff respectfully submits this status notice regarding the pending motion to proceed

in forma pauperis, filed February 16, 2026, and requests any updates regarding its disposition.

Plaintiff has not yet received any update regarding the disposition of this motion and requests the

Court's guidance or any update concerning its status.


Respectfully submitted,
Antwon Walls
Plaintiff, Pro Se